**FILED**
November 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | Case No: EP:24-CR-02543-DB |
| Plaintiff, § § | **I N D I C T M E N T** |
| v. § § | CT 1: 18 U.S.C. § 751(a) - Escape |
| ALEX CARBAJAL, § § | |
| Defendant. § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 27, 2024, in the Western District of Texas, the Defendant,

**ALEX CARBAJAL,**

did knowingly and intentionally escape from custody at the Dismas Charities Comprehensive Sanctions Center, located in El Paso, Texas, a facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas, in case number 1:19-CR-0005-C-01, upon revocation of his Supervised Release term, in violation of Title 18 United States Code, Section 3583, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____/s/ José Luis Gonzalez_____
Assistant United States Attorney